# IN THE SUPREME COURT OF THE STATE OF DELAWARE

ARC GLOBAL INVESTMENTS II, LLC, §
§
§    No. 375, 2025
§
   Plaintiff Below, §
   Appellant/Cross Appellee, §    Court Below—Court of Chancery
§    of the State of Delaware
   v. §
§    C.A. No. 2024-0186
DIGITAL WORLD ACQUISITION §
CORP., §
§
   Defendant Below, §
   Appellee/Cross Appellant. §

Submitted: February 11, 2026
Decided:    April 20, 2026

Before **SEITZ**, Chief Justice; **VALIHURA, TRAYNOR, LEGROW** and **GRIFFITHS**, Justices, constituting the Court *en Banc*.

## ORDER

This 20th day of April 2026, after careful consideration of the parties' briefs and the record below, and following oral argument, we find it evident that the judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated in its Memorandum Opinion dated September 16, 2024 and Letter Opinion dated July 14, 2025.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice